

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | **FIRM and AFFILIATE OFFICES** | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | **ANTHONY J. COSTANTINI** | MIAMI |
| SILICON VALLEY | OF COUNSEL | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 212 692 1032 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 212 202 4715 | NORTH JERSEY |
| BOSTON | E-MAIL: AJCostantini@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | www.duanemorris.com | MYANMAR |
| FORT WORTH | | |
| AUSTIN | | ALLIANCES IN MEXICO |

May 15, 2025

<u>**VIA ECF**</u>

Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

      *Re:*    *Mazzaccone v. The Bolivarian Republic of Venezuela*
              <u>**Civil Case No. 24-cv-09114-LGS**</u>

Your Honor:

      We represent Plaintiff in the above-captioned matter. We write pursuant to Your Honor's January 16, 2025 Order directing Plaintiff to file a status letter regarding the status of service of the summons and complaint in this action upon the defendant, The Bolivarian Republic of Venezuela ("the Republic") (D.E. 7.)

      As a reminder, Plaintiff filed the complaint in this action on November 27, 2024 against the Republic, a foreign sovereign who can only be served pursuant to the methods set forth in 28 U.S.C. § 1608(a). As explained in Plaintiff's January 15, 2025, February 14, 2025, March 17, 2025 and April 15, 2025 letters, the only viable statutory method of service on the Republic is through diplomatic channels through the United States Department of State, pursuant to Section 1608(a)(4) of the FSIA. (D.E. 6, 9-10 and 12.) On February 10, 2025, the Clerk of the Court for the Southern District of New York transmitted service materials to the State Department pursuant to the Clerk's Office Foreign Mailing Instructions regarding Procedures for Service Pursuant to 28 U.S.C. § 1608(a)(4). (D.E. 8.)

      Since Plaintiff's April 15, 2025 letter, the State Department's Office of the Legal Advisor, which is responsible for administering service through diplomatic channels, has

D<small>UANE</small> M<small>ORRIS</small> LLP

1540 BROADWAY                                                                        PHONE: +1 212 692 1000   FAX: +1 212 692 1020
NEW YORK, NY 10036-4086

Honorable Lorna G. Schofield
May 15, 2025
Page 2

DuaneMorris

effectuated service upon the Republic on April 16, 2025 pursuant to Section 1608(a)(4). (D.E. 14.) Pursuant to the FSIA, the Republic is afforded sixty days to respond to Plaintiff's Complaint after service. *See* 28 U.S.C. 1608(d). As of the date of this filing, we have not been contacted by any representative of the Republic in connection with this matter. We will of course apprise the Court of any material developments regarding service of process in the meantime.

      We thank the Court for its consideration and would be happy to answer any questions regarding the foregoing.

Respectfully submitted,

By: /s/ Anthony J. Costantini
Anthony J. Costantini

AJC