# Vinson&Elkins

Marisa F. Antonelli  mantonelli@velaw.com
**Tel** +1.212.237.0151  **Fax** +1.917.849.5396

Application **GRANTED**. Defendant shall answer or otherwise respond to the Complaint by **September 2, 2025**. The initial pretrial conference scheduled for August 12, 2025, is **ADJOURNED** to **September 16, 2025, at 3:15 P.M**. The parties shall file their pre-conference materials by **September 9, 2025**.

By **August 7, 2025**, Plaintiff shall file a letter stating whether it intends to request leave to file an amended complaint.

July 29, 2025

**Via CM/ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 22.

Dated: July 30, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:** *Mazzaccone, et al. v. Bolivarian Republic of Venezuela*, 1:24-cv-09114-LGS: Joint Request for Extension of Time and Adjournment of Initial Pretrial Conference

Dear Judge Schofield:

Pursuant to Rule I.B.3 of Your Honor's Individual Rules and Procedures for Civil Cases, the parties jointly submit this letter motion to respectfully request:

1. A one-month extension of Defendant's deadline to respond to the complaint, currently due on July 31, 2025, to September 2, 2025; and

2. A one-month adjournment of the initial pretrial conference, currently scheduled for August 12, 2025, to a date convenient to the Court on or after September 12, 2025.

On July 18, 2025, immediately after retaining counsel in this matter, Defendant sought, and this Court granted, an extension of time to respond to the complaint to July 31, 2025. Following this extension, the parties have conferred regarding certain alleged pleading deficiencies, and Plaintiff is considering amending the complaint on consent pursuant to Fed. R. Civ. P. 15(a)(2). Defendant submits that granting this further extension could result in the avoidance of unnecessary motion practice.

In addition, although Plaintiff made, and this Court granted, three prior requests to adjourn the initial pretrial conference while working to complete service on Defendant, this is the parties' first request to adjourn the initial pretrial conference since Defendant retained counsel.

This request will affect the Court's Order (Dkt. No. 13), which requires the parties to submit their pre-conference materials by August 5, 2025. To align with any new initial pretrial conference date the Court may set, the parties respectfully propose that the deadline for submission of pre-conference materials be set for one week prior to the new conference date, should the Court grant the requested adjournment.

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036-7708
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com

V&E

                                            Respectfully submitted,

| | |
|---|---|
| _/s/ Rudolph J. Di Massa, Jr._ | _/s/ Marisa F. Antonelli_ |
| | |
| Rudolph J. Di Massa, Jr. | Marisa F. Antonelli |
| DUANE MORRIS, LLP | Camilo Cardozo |
| 22 Vanderbilt | Dora Georgescu |
| 335 Madison Avenue | VINSON & ELKINS LLP |
| 23rd Floor | The Grace Building |
| New York, New York 10017 | 1114 Avenue of the Americas |
| Telephone: (215) 979-1506 | 32nd Floor |
| dimassa@duanemorris.com | New York, New York 10036 |
| | Telephone: (212) 237-0000 |
| | mantonelli@velaw.com |
| | ccardozo@velaw.com |
| | dgeorgescu@velaw.com |
| _Counsel for Plaintiff_ | |
| | _Counsel for Defendant The Bolivarian Republic of Venezuela_ |