

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ANTHONY J. COSTANTINI | MIAMI |
| SILICON VALLEY | OF COUNSEL | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 212 692 1032 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 212 202 4715 | NORTH JERSEY |
| BOSTON | *E-MAIL:* AJCostantini@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | MYANMAR |
| FORT WORTH | | |
| AUSTIN | | ALLIANCES IN MEXICO |

August 7, 2025

**VIA ECF**

Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    ***Mazzaccone v. The Bolivarian Republic of Venezuela***
             **Civil Case No. 24-cv-09114-LGS**

Your Honor:

      We represent Plaintiff in the above-captioned matter.  We write pursuant to Your Honor's July 30, 2025 Order directing Plaintiff to advise whether he intends to seek leave to file an amended complaint in this action against the defendant, The Bolivarian Republic of Venezuela ("the Republic") (D.E. 24.)

      As referenced in the parties' joint letter dated July 29, 2025 (D.E. 22.), which the Court endorsed, Plaintiff intends to seek leave to amend the complaint on consent pursuant to Fed. R. Civ. P. 15(a)(2) in an effort to avoid unnecessary motion practice.

      We thank the Court for its attention to this matter and would be happy to answer any questions regarding the foregoing.

DUANE MORRIS LLP

22 VANDERBILT                                          PHONE: +1 212 692 1000    FAX: +1 212 692 1020
NEW YORK, NY  10017-4669                                                               DM1\16946060.1

Honorable Lorna G. Schofield
August 7, 2025
Page 2

DuaneMorris

Respectfully submitted,

By: _____
Anthony J. Costantini

AJC