UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MASSIMO MAZZACCONE, individually and on :
behalf of all others similarly situated, :
                            Plaintiff, :      24 Civ. 9114 (LGS)
:
                                          :        ORDER
               -against- :
:
THE BOLIVARIAN REPUBLIC OF :
VENEZUELA, :
                            Defendants. X
-------------------------------------------------------------
LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is currently scheduled for September 16, 2025, at 3:15 P.M.;

       WHEREAS, the Order dated July 30, 2025 required the parties to submit a Proposed Civil Case Management Plan and Scheduling Order and a joint status letter by September 9, 2025;

       WHEREAS, the parties submitted a Proposed Civil Case Management Plan and Scheduling Order, but failed to submit a joint status letter.  It is hereby

       **ORDERED** that the parties shall file a joint status letter as soon as possible and no later than **September 11, 2025**.

Dated: September 10, 2025
       New York, New York

                                               LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE