UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :

MASSIMO MAZZACCONE, individually and on  :
behalf of all others similarly situated,                 :      24 Civ. 9114 (LGS)
                          Plaintiff,    :
                                                  :           ORDER
               -against-                      :
                                                  :
THE BOLIVARIAN REPUBLIC OF                  :
VENEZUELA,                                              :
                                 Defendant.  X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for September 16, 2025;

       WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

       **ORDERED** that the September 16, 2025 initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

       **ORDERED** that if any party seeks to file a motion for summary judgment at the conclusion of discovery, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.6.  The parties should be aware that fact and expert discovery deadlines will not be extended absent compelling circumstances.  It is further

      **ORDERED** that Plaintiff shall file any pre-motion letter relating to a motion for class certification by **February 4, 2025**.

Dated:  September 12, 2025
          New York, New York

                                                        LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE